**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TIMOTHY R. RYAN

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

F.C.I. FORT DIX UNIT MANAGER R.

ROBINSON;

_____

F.C.I. FORT DIX UNIT COUNSELOR T. JONES;

_____

F.C.I. FORT DIX UNIT COUNSELOR M.

CASTELLANOS

_____

_____

_____

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | TIMOTHY RYAN #14422027 |
|---|---|---|
| | Street Address | F.C.I. FORT DIX P.O. BOX 2000 |
| | County, City | ~~JOINT BASE MDL~~, BURLINGTON COUNTY, JOINT BASE MDL |
| | State & Zip Code | NJ 08640 |
| | Telephone Number | N/A |

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _F.C.I. FORT DIX UNIT MANAGER R. ROBINSON_

Street Address _P.O. Box 38 5756 HARTFORD & POINTVILLE RD._

County, City _BURLINGTON COUNTY, JOINT BASE MDL_

State & Zip Code _NJ 08640_

Defendant No. 2

Name _F.C.I. FORT DIX UNIT COUNSELOR T. JONES_

Street Address _P.O. Box 38 5756 HARTFORD & POINTVILLE RD._

County, City _BURLINGTON COUNTY, JOINT BASE MDL_

State & Zip Code _NJ 08640_

Defendant No. 3

Name _F.C.I. FORT DIX UNIT COUNSELOR M. CASTELLANOS_

Street Address _P.O. BOX 38 5756 HARTFORD & POINTVILLE RD._

County, City _BURLINGTON COUNTY, JOINT BASE MDL_

State & Zip Code _NJ 08640_

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [✓] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _42 USC § 1983_

_____

-2-

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.  Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? FCI FORT DIX, UNIT 5741

B.  What date and approximate time did the events giving rise to your claim(s) occur? VARIOUS DATES AND TIMES BETWEEN NOVEMBER 20, 2020 AND THE PRESENT

C.  Facts: ON THE DATES OF NOVEMBER 20, 21, 30 AND DECEMBER 2 AND 10, 2020 VARIOUS REQUESTS TO MOVE TO AN OPEN BED IN MY CELL TO ALLOW FOR SOCIAL DISTANCING DURING COVID OUTBREAK ARE IGNORED OR DENIED BY COUNSELOR'S JONES AND CASTELLANOS. OTHER ADMINISTRATIVE STAFF TOLD ME THAT ONLY THEY DO BUNK MOVES. THIS RESULTED IN MY CONTRACTING COVID-19, TESTING POSITIVE ON OR ABOUT DECEMBER 23, 2020.

ON DECEMBER 17, 2020 I ASKED COUNSELOR JONES TO CONDUCT AND SEND LEGAL DOCUMENTS TO THE COURT VIA LEGAL MAIL PROCEDURES. JONES REFUSED. ON DECEMBER 18, 2020 I ADDRESSED THIS ISSUE WITH THE UNIT MANAGER, ROBINSON, AND ASKED FOR LEGAL MAIL PROCEDURES TO BE CONDUCTED. HERE, ROBINSON SAYS THAT IF HE TAKES MY LEGAL MAIL THAT HE WILL SHRED IT. ON JANUARY 9, 2021, JONES REFUSES TO SEND LEGAL MAIL FOR ME AGAIN WHILE CONDUCTING LEGAL MAIL FOR OTHERS. DENIAL OF LEGAL MAIL IS CONSTANT AND PERVASIVE EVEN NOW. I HAVE MISSED TWO COURT DEADLINES, ONE TO THE APPELLATE COURT AND ANOTHER TO THE U.S. SUPREME COURT. ATTEMPT AT ADMINISTRATIVE REMEDY MET WITH RETALIATORY PUNISHMENT, BEING MOVED TO THE THIRD FLOOR. ALSO, PREVENTION OF SOCIAL DISTANCING CONTINUES AND RESULTED IN AT LEAST ONE MORE COVID INFECTION. FURTHER DETAILS↓

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

- 3 -

ELABORATIONS AND WITNESS NAMES WILL BE IN FUTURE BREIFINGS.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. DAMAGE FROM MULTIPLE COVID INFECTIONS INCLUDE CONSTANT FATIGUE, SHORTNESS OF BREATH, SPORADIC NUMBNESS, DISSOCIATION, CONFUSION, SIEZURES, INCREASE IN SLEEP APNEA SYMPTOMS, FREQUENT DIZZINESS, HEADACHES, JOINT AND BODY ACHES, CHEST PAINS, LISTLESSNESS, INCREASED DEPRESSION AND ANXIETY, FEELINGS OF HELPLESSNESS AND HOPELESSNESS. I REQUIRE A C-PAP MACHINE, BREATHING TREATMENT, CARDIO VASCULAR AND NEUROLOGICAL ASSESSMENT TO DETERMINE WHAT IS NEEDED FOR THOSE ISSUES, PAIN MANAGEMENT TREATMENT AND A CLEAN, UNCROWDED LIVING ENVIRONMENT. I HAVE RECIEVED ONLY TWO INHALERS ~~AND IBUPROFIN~~ AND "APPROVED" CONSULTATIONS THAT HAVE NO DATE FOR THESE ISSUES. (SLEEP STUDY APPROVED IN NOVEMBER 2020 AND STILL HAS NOT HAPPENED)

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

ORDER NECESSARY MEDICAL ASSESSMENTS AND TREATMENTS BE DONE; ORDER THAT I BE ALLOWED TO OCCUPY SPACE THAT IS OVERCROWDED, WHERE I CAN SOCIAL DISTANCE OR IMMEDIATE RELEASE FROM CUSTODY TO ALTERNATIVE CONFINEMENT - SUCH AS HOME CONFINEMENT - IF POSSIBLE; HOLD EMPLOYEES THAT VIOLATE DUE PROCESS AND PEOPLE'S HEALTH RESPONSIBLE BY TERMINATING EMPLOYMENT. I AM ASKING FOR $5,736,154.89 IN MONETARY COMPENSATION. IT IS LIKELY THAT I WILL NEED EXPENSIVE MEDICAL TREATMENTS FOR THE FORSEEABLE FUTURE, PERHAPS THE REST OF MY LIFE. THE DEBILITATING EFFECTS OF COVID HAVE DIMINISHED MY PHYSICAL AND MENTAL CAPACITIES, GREATLY HINDERING MY ABILITY TO WORK, EARN AN INCOME, AND PROVIDE FOR MYSELF. I WILL ALSO LIKELY NEED PSYCHOLOGICAL COUNSELING FOR THE REST OF MY LIFE DUE TO THE TRAUMA OF BEING SO VIOLATED BY THE NAMED INDIVIDUALS AND RAVAGING FROM COVID-19. ALSO, THE AMOUNT NEEDS TO PROMOTE RESPECT FOR THE LAW AND DUTIES OF THE JOBS THAT OVERSE INMATES, ARE RESPONSIBLE FOR THEIR DUE PROCESS AND HEALTH AND SAFETY.

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of FEBRUARY _____, 20 22 .

Signature of Plaintiff _____ TIMOTHY RYAN

Mailing Address __F.C.I, FORT DIX__

__P.O. Box 2000__

__JOINT BASE MDL, NJ 08640__

Telephone Number __N/A__

Fax Number *(if you have one)* __N/A__

E-mail Address __MR.TIMOTHYRYAN5@GMAIL.COM__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____