UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED

JAN 21 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

TIMOTHY RYAN - PLAINTIFF

v.

ROBINSON ET AL.- DEFENDANTS

CAUSE NO. 1:22-CV-01175 RMB-MJS.

PLAINTIFF'S SECOND AMENDED COMPLAINT

I. JURISDICTION

THE FOLLOWING COMPLAINTS SEEK RELIEF AND DAMAGES FROM THE U.S. GOVERNMENT AND EMPLOYEES THEREOF IN THEIR PERSONAL AND OFFICIAL CAPACITIES FOR VIOLATIONS OF PLAINTIFF'S FIRST, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS PURSUANT TO TITLES 28 U.S.C. §1346, §§2671 ET SEQ. (FEDERAL TORT CLAIMS ACT - F.T.C.A.); 42 U.S.C. §1983; AND/OR 42 U.S.C. §2000 CC-1 (RELIGIOUS LANDS USE AND INCARCERATED PERSONS ACT - R.L.U.I.P.A.).

II. COMPLAINTS

1) DUE TO REFUSALS FOR TREATMENT, DELAYS IN TREATMENT, AND FAULTY TESTS PLAINTIFF SUFFERED 7.5 YEARS WITHOUT NEEDED CPAP MACHINE, THUS SUFFOCATING IN HIS SLEEP, SUFFERING SEVERE INSOMNIA, DAYTIME SOMNOLENCE, WEAKENED IMMUNE FUNCTION, DEPRESSION, FEELINGS OF HELPLESSNESS, AND FEAR OF DYING IN HIS SLEEP. FOR THIS PLAINTIFF SEEKS $10,000 PER DAY OF DENIAL OF NEEDED CPAP MACHINE TOLLING FROM MAY 1, 2017 UNTIL NOVEMBER 21, 2024 TOTALING $27,365,000 FROM THE FEDERAL BUREAU OF PRISONS (B.O.P.)/ THE UNITED STATES (U.S.) PURSUANT TO F.T.C.A.

2) DUE TO FAULTY EQUIPMENT PLAINTIFF SUFFERED PERSONAL INJURY AND PERMANENT INJURY/DEFORMITY TO HIS DOMINANT HAND THAT SUBSTANTIALLY HINDERS NECESSARY TASKS, LIKE SELF CARE AND WRITING/TYPING. PSYCHOLOGICAL EFFECTS INCLUDE EXACERBATION OF DEPRESSION, FEELINGS OF HELPLESSNESS AND WORTHLESSNESS, AND ANXIETY OVER BEING UNABLE TO PROVIDE FOR ONESELF. FOR THIS PLAINTIFF SEEKS $10,000,000 FROM B.O.P./U.S. PURSUANT TO F.T.C.A.

3) DUE TO B.O.P. MISHANDLING OF THE COVID-19 PANDEMIC AND DELIBERATE INDIFFERENCE OF EMPLOYEES R. ROBINSON, T. JONES, AND M. CASTELLANOS ACTIVELY PREVENTING PLAINTIFF FROM SOCIAL DISTANCING BY PREVENTING HIM FROM MOVING TO AN OPEN BED

(1)

IN THE CORNER OF PLAINTIFF'S SAME ROOM PLAINTIFF SUFFERED CONSTANT EXPOSURE TO AND INFECTIONS OF COVID-19 RESULTING IN PERMANENT LUNG/PULMANARY DAMAGE, ASTHMA, SHORTNESS OF BREATH, FATIGUE, BRAIN FOG/CONFUSION, NERVE DAMAGE, NUMBNESS IN EXTREMITIES, DIZZINESS, CARDIOVASCULAR DAMAGE/HEART PALPATATIONS, DEPRESSION AND FEELINGS OF HOPELESSNESS. FOR THIS PLAINTIFF SEEKS $797,000 OR IN THE ALTERNATIVE, IF POSSIBLE, TO REMOVE THIS COMPLAINT FROM THE INSTANT CASE AND ADD IT AND PLAINTIFF AS A PRIMARY CLASS MEMBER TO THE CURRENT CLASS ACTION SUIT FOR THIS MATTER: CHRISTOPHER THIEME ET AL. V. U.S. ET AL (NO. 21-682 RMB-AMD). THIS CLAIM IS AGAINST THE B.O.P./U.S. PURSUANT TO F.T.C.A.

4) DUE TO DEPLORABLE LIVING CONDITIONS AT F.C.I. FORT DIX, PARTICULARLY THE CONSTANT EXPOSURE TO MOLD AND WATER THAT IS CONTAMINATED WITH SOME UNKNOWN CHEMICAL(S), PLAINTIFF SUFFERS FROM INCREASED BREATHING DIFFICULTIES AND ASTHMA ATTACKS, MOUTH AND THROAT IRRITATION, SKIN INFLAMMATION, AND HAIR LOSS CAUSING DEPRESSION AND ANXIETY OVER HIS HEALTH. DISCOVERY IS REQUESTED TO FULLY ANALYZE CHEMICALS FOUND IN FORT DIX WATER AND HANGING FROM LEAKING CEILINGS. PLAINTIFF SEEKS $5,000 PER DAY OF EXPOSURE TO THESE CONDITIONS FROM FORT DIX/THE U.S. PURSUANT TO F.T.C.A. TOLLING FROM OCTOBER 6, 2020 TOTALING $7,795,000 AS OF THE DATE OF WRITING AND COUNTING.

5) DUE TO FORT DIX STAFF REFUSING TO CONTINUE ACCOMMODATING PLAINTIFF FOR FOOD ALLERGIES HE IS BEING DENIED BOTH ALLERGEN FREE FOODS FOR ADEQUATE NUTRITION AND SUSTENANCE AND ALLERGEN FREE FOODS THAT ARE RELIGIOUS ADHERENT. AS PLAINTIFF LIVES A DAILY NIGHTMARE OF STARVING; EATING FOODS THAT CAUSE BLEEDING, VOMITING, AND/OR ANAPHYLAXIS; OR ACCEPTING VERY INFREQUENT CHARITY FROM OTHER INMATES OF NON-KOSHER FOODS, HIS PHYSICAL AND SPIRITUAL HEALTH DIMINISH. PLAINTIFF LOST OVER FIFTY POUNDS DURING HIS TIME IN THE SPECIAL HOUSING UNIT (SHU) AND EXISTS IN A CONSTANT FLUXUATION OF 135 TO 150 POUNDS - A FAR CRY FROM HIS NORMAL WEIGHT OF 185 POUNDS - AND CANNOT GET ENOUGH NUTRITION TO BUILD HIS BODY BACK TO ITS HEALTHY STATE. PLAINTIFF SPENDS MOST DAYS HUNGRY TO STARVING, DIZZY AND WEAK. LACK OF NUTRITION SEVERELY LIMITS PLAINTIFF'S DAILY ACTIVITIES AND ABILITY TO PROVIDE SELF CARE. PLAINTIFF EXPERIENCES CONSTANT FEELINGS OF DESPAIR, OF BEING IN THE WRONG BODY, OF HELPLESSNESS, FEAR OF PERMANENT ORGAN DAMAGE AND DEATH, AND OF RELIGIOUS PERSECUTION. NUMEROUS ATTEMPTS TO

# CERTIFICATE OF SERVICE

PURSUANT TO 28 U.S.C §1746 I, TIMOTHY RYAN, DECLARE UNDER THE PENALTY OF PURJURY THAT: a) THE FOREGOING IS TRUE AND ACCURATE; b) THAT IT IS MY UNDERSTANDING THAT EVERY PREVIOUSLY NAMED DEFENDANT HAS BEEN SERVED AS THE USM-285 FORMS HAVE BEEN DEEMED THUS-INCLUDING PETRUCCI; c) THAT IT IS MY UNDERSTANDING THAT I WILL NEED USM-285 FORMS TO SERVE DEFENDANDTS THE U.S., RACHEL THOMPSON, DiMARCURIO, AHMED, ARDOLINE, MARKAYZI, BONCHER, AND UNKNOWN ADMINISTRATIVE REMEDY COORDINATOR PROPERLY AND THUS I REQUEST THEM; AND d) THAT I HAVE FILED THE FOREGOING ON THE DATE OF JANUARY 15, 2025 BY PLACING IT WITH INSTITUTION LEGAL MAIL IF STAFF WILL DO IT, OR REGULAR MAIL IF NOT, TO THE FOLLOWING ADDRESS:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

RESPECTFULLY,

TIMOTHY RYAN #14422027
FCI FORT DIX
P.O. BOX 2000
JOINT BASE MDL, 08640

1-15-2025

ESTABLISH REGULAR CONSULTATION WITH PSYCHOLOGICAL SERVICES HAVE BEEN IGNORED. FOR THIS COMPLAINT PLAINTIFF SEEKS TO SUE. FOOD SERVICE ADMINISTRATORS ARDOLINE AND MARCAYZI, WARDEN RACHEL THOMPSON, ASSOC. WARDEN DIMARCURIO, MEDICAL DIRECTOR F. AHMEDI, RAVI SOOD, REGIONAL DIRECTOR AMY BONCHER, AND UNKNOWN REGIONAL ADMINISTRATIVE REMEDY COORDINATOR IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES FOR CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT PURSUANT TO 42 USC § 1983 FOR $ 15,000 PER DAY TOLLING FROM APRIL 15, 2024 TOTALING $4,050,000 AND COUNTING AND TERMINATION OF EMPLOYMENT. PLAINTIFF ALSO SEEKS DAMAGES FROM THE B.O.P./U.S. PURSUANT TO F.T.C.A.[1] FOR $15,000 PER DAY TOTALING $4,050,000 AND FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO RLUIPA IN THE FORM OF RELEASE FROM B.O.P CUSTODY TO HOME CONFINEMENT OR ALTERNATIVELY TO ORDER B.O.P. TO PROVIDE RELIGIOUS ADHERENT KOSHER ALLERGEN FREE FOODS SPECIFIED BY PLAINTIFF. ALSO, PLAINTIFF SEEKS $15,000 PER DAY FROM ABOVE NAMED DEFENDANTS AND U.S. FOR RELIGIOUS PERSECUTION/VIOLATIONS OF FIRST AMENDMENT RIGHTS PURSUANT TO RLUIPA, F.T.C.A. AND §1983. FOR THIS COMPLAINTS 3 SEPERATE CATEGORIES PLAINTIFF SEEKS $15,000 PER DAY EACH TOTALING $12,150,000 AND COUNTING IN ADDITION TO DECLARATORY AND INJUNCTIVE RELIEF. THIS COMPLAINT ABSORBS THE PREVIOUS DENIAL OF NUTRITION AND REFUSAL TO PROVIDE MEDICAL SHOE PASS CLAIM.

6) DUE TO DENIAL OF NUTRITION OUTLINED ABOVE, PLAINTIFF WAS HOSPITALIZED WHEN STAFF MEMBERS SOOD, DYKES, SIMMONS, AND KUMAR REFUSED TO ALTER "THIRD FLOOR BUNK ASSIGNMENT AND PLAINTIFF LOST CONCIOUSNESS ON THE STAIRS, INJURIES TO HEAD AND SPINE SUFFERED AND PLAINTIFF NOW SUFFERS FROM A PHOBIA OF STAIRS. FOR THIS PLAINTIFF SEEKS $5,000,000 FROM B.O.P./U.S. PURSUANT TO F.T.C.A.[2]

RESPECTFULLY SUBMITTED,

1-15-2025

TIMOTHY RYAN #14422027

[1] ORIGINAL TORT CLAIM FOR COMPLAINT 5) SENT TO REGIONAL OFFICE ON OR ABOUT 7-11-2024. NO RESPONSE GIVEN, SECOND FILED 10/8/2024.

[2] REGIONAL TORT FILED 10/8/2024. THIS COMPLAINT IS FOR FOR CONSIDERATION ON 4/8/2024 AS REJECTION IS EXPECTED.

(3)

INMATE NAME: Timothy Ryan
REGISTER NO: 14422-027
HOUSING UNIT: 5812
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

TRENTON NJ 085

16 JAN 2025 PM 5 L

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

RECEIVED
JAN 21 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

LEGAL MAIL

08101-279797