UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED

APR 02 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

TIMOTHY RYAN — PLAINTIFF

v

ROBINSON ET AL — DEFENDANTS

CAUSE NO. 1:22-CV-01175 RMB

ABBRIDGED AMENDED COMPLAINT

## I. RELEVANT JEWISH LAWS

PLAINTIFF SINCERELY HOLDS TO LAWS OF KASHERUS (FOOD MUST BE KOSHER), SAKANAH (HE MUST AVOID ANYTHING THAT MIGHT HARM HIM - FOODS THAT MAY DAMAGE HIS HEALTH), AND THE PROHIBITION AGAINST UNDUE HARM TO ANIMALS (PAUHA) - THAT MEANS NON-SABBATH OR HOLIDAY MEALS SHOULD BE CRUELTY FREE AND VEGETARIAN. PLAINTIFF SUBMITTED ALL DETAILS AND DAILY DIETARY REFERENCE INTAKE (DRI) TO MEDICAL STAFF J PADULA FOR DIETICIAN HOLLIDAY TO REVIEW WHEN MAKING CURRENT DIET ORDER. THEY ARE AWARE AND HAVE IGNORED IT.

## II. STARVATION/MALNUTRITION

AVAILABLE FOODS AT F.C.I FORT DIX CONTAIN AT LEAST ONE OF PLAINTIFF'S KNOWN ALLERGENS. HE WAS BEING ACCOMMODATED VIA FOOD SERVICE UNOFFICIALLY UNTIL FSA ARDOLINE UNTIL 3/1/2024 WHEN PLAINTIFF MET WITH MEDICAL REGARDING G.I. SYMPTOMS DUE TO PROMINENCE OF BEANS IN THIS DIET. REGULAR FOLLOW UPS WITH MEDICAL, EMAILS TO FSA ARDOLINE, AND THE ADMINISTRATIVE REMEDY PROGRAM (ARP) WERE FUTILE. PLAINTIFF WAS NOT ISSUED ALLERGEN FREE FOODS. PLAINTIFF WAS FACED DAILY WITH THE CHOICE OF EAT HARMFUL FOODS OR STARVE, HAVING TO FIND WAYS TO EAT. ON OR AROUND 7/15/2024 RYAN WAS PLACED IN SEGREGATED HOUSING (SHU) AND HAD NO ACCESS TO FOOD OTHER THAN HARMFUL FOOD ISSUED. THIS PROMPTED A NECESSARY HUNGER STRIKE TO INFORM AND INVOLVE ALL RELEVANT ADMINISTRATIVE STAFF. FSA, ARDOLINE AND MARCHESE, MEDICAL DIRECTORS HACZYNSKI AND AHMEDI, PHYSICIAN SOOD, ASSOCIATE WARDEN DEMERCURIO, AND WARDEN THOMPSON ALL BECAME PERSONALLY AWARE OF ALL DETAILS AND PLAINTIFF'S LACK OF SUSTENENCE DURING THIS TIME BETWEEN 7/18/2024 AND 7/23/2024. EACH HAD THE AUTHORITY PER POLICY TO ORDER A DIET MODIFICATION, OR ORDER IT TO BE DONE BY A SUBORDINATE, AND CHOSE NOT TO DO SO. EACH WAS

(1)

E EXPLICITLY AWARE THAT PLAINTIFF HAD LESS THAN DAILY RECOMMENDED CALORIE, EIN, ~~FAT~~ AND NUTRITIONAL DRI PER WEEK.

THE RESULTING DELIBERATE INDIFFERENCE LED TO THE "SELF SELECT" OF THE CT SOME LACK OF OPTIONS AND RESULTED IN STARVATION/MALNUTRITION. UPON EASE FROM SHU ON 8/23/2024 PLAINTIFF WAS TOO WEAK TO WALK UNAIDED. WAS ASSIGNED A TOP BUNK ON THE THIRD FLOOR OF UNIT 5B12. UNIT MANAGER ES AND CASE MANAGER SIMMONS REFUSED TO ASSIGN HIM TO AN OPEN BOTTOM NK ON THE FIRST FLOOR AFTER WITNESSING AND BEING INFORMED OF HIS KENED CONDITION WITHOUT A "MEDICAL PASS." PLAINTIFF NEEDED ASSISTANCE TO AND OM MEDICAL THROUGHOUT THE DAY AND WAS REFUSED BY SODO EACH TIME. ING FORCED TO ATTEMPT STAIRS RESULTED IN LOSS OF CONCIOUSNESS AND LLING DOWN THEM, ~~LOSING CONCIOUS~~ AND WAKING UP IN THE E.R. THE E.R. TES INDICATE STARVATION, CONCUSSION, AND A BMI OF 19. EVEN AFTER THIS AINTIFF WAS STILL BEING DENIED SAFE KOSHER FOODS. ARP WAS ALSO ADE UNAVAILABLE THROUGHOUT THIS ORDEAL. THOMPSON DID NOT RESPOND TO THE OCAL, WHICH CONSTITUTES A DENIAL FOR REGIONAL APPEAL. PETRUCCI REJECTED E REGIONAL APPEAL FOR NOT INCLUDING THE WARDEN'S RESPONSE ANYWAY -VIOLATING RP. THE NATIONAL APPEAL ORDERED THE REGION TO RESPOND AND THEN ONCHER REJECTED IT FOR THE SAME REASON, ALL THIS WHILE PLAINTIFF ENT UNDER FED OR UNFED EVERY DAY. THIS IS IN FULL VIOLATION OF ARP OLICY. PLAINTIFF'S WEIGHT GOT AS LOW AS 133 LBS, A LOSS OF OVER 28%. F NORMAL HEALTHY WEIGHT OF 185 LBS. PROLONGED HUNGER HAS RESULTED IN SICAL AND MENTAL DECLINE: VISION LOSS, HEADACHES, INTERMITTENT CARDIAC ARRHYTHMIA, ~~ELLING~~, PHYSICAL WEAKNESS, FATIGUE, DIZZINESS, SHORTNESS OF BREATH, DEPRESSIVE MOODS, RELESSNESS, INCREASE IN PANIC ATTACKS AND NIGHT TERRORS, PHOBIA OF STAIRS, MACH PAIN, DIGESTIVE DIFFICULTIES, FEAR OF TOTAL AND PERMANENT DISABILITY, ETC.

HESE DENIALS CONTINUE UNTIL AFTER THIS HONORABLE COURT ORDERED EFENDANTS TO SHOW WHAT THEY'VE DONE TO MEET PLAINTIFF'S NEEDS AND A PARTIAL DIET ORDER WAS MADE ON OR AROUND 9/10/2025. E CURRENT DIET ORDER HAS PREVENTED FURTHER HOSPITALIZATION FOR NOW T IS STILL NOT RELIGIOUSLY ADHERENT. IT VIOLATE SAKANAH AND PIKUHA ND PLAINTIFF STILL FACES THE CHOICE OF STARVE OR VIOLATE HIS FAITH

FURTHERMORE WHAT'S ALREADY AVAILABLE IS NOT ALWAYS AVAILABLE AND PLAINTIFF IS NOT GETTING ADEQUATE CALORIES/NUTRITION REGULARLY AND CANNOT REACH HIS NORMAL HEALTHY BMI.

### III.  RELIEF SOUGHT FOR NUTRITINAL DEFFCIT

THUS PLAINTIFF SEEKS INJUNCTION/ORDER TO PROVIDE FULLY RELIGIOUS ADHERENT DIET THAT MEETS PLAINTIFF'S DRI NEEDS EVERY DAY AND THAT HE NOT BE FORCED TO EAT RELIGIOUS MEALS IN A NON KOSHER/NON SAFE SETTING, AND;

DAMAGES AGAINST SODO, AHMEDI, WACZYNSKI, DEMERCURIO, ARDOLINE, MARCHESE, PETRUCLI, AND BONCHER WHO EACH OWED PLAINTIFF A DUTY OF CARE TO PROTECT HIS PHYSICAL HEALTH AND RELIGIOUS RIGHTS, BREACHING THAT DUTY AT EVERY TURN CAUSING DIRECT AND PROXIMATE HARM RESULTING IN ACTUAL AND LIKELY PERMANENT DAMAGE AND INFLICTION OF EMOTIANAL DISTRESS TO PLAINTIFF. PURSUANT TO TANZIN V. TANIR, 140 S.CT. 550,205 L.E2. 2d 353 (L.S NOV.22. 2019) PLAINTIFF SEEKS ANY AND ALL OF THE FOLLOWING THAT ARE DEEMED APPROPRIATE VIA RFRA FROM EACH ABOVE NAMED DEFENDANT IN THEIR INDIVIDUAL CAPACITIES:

FROM THE DATE OF 3/1/2024 TO 9/10/2025 PUNATIVE DAMAGES OF $5,000 PER DAY ($2,925,000 EACH FOR $26,325,000 TOTAL) AND $2,500 PER DAY FROM 9/11/2025 UNTIL SUCH A TIME THAT ALL RELIGIOUS/DIETARY NEEDS AR MET ($925,000 EACH FOR $8,325,000 TOTAL - AND COUNTING), AND;

COMPENSATORY DAMAGES FOR UNNECESSARY AND WANTON INFLICTION OF PAIN OF $2,000 PER DAY FROM 3/1/2024 TO 9/10/2025 ($1,462,500 EACH FOR $13,162,500 TOTAL) AND $1,000 PER DAY FROM 9/11/2025 UNTIL NEEDS ARE MET ($370,000 EACH FOR $3,300,000 TOTAL AND COUNTING), AND;

ACTUAL DAMAGES FOR CONTINUED AND LIKELY PERMANENT WEAKENED PHYSICAL AND MENTAL STATE OF $1,000 PER DAY FROM 3/1/2024 TO 9/10/2025 ($585,000 EACH FOR $5,265,000 TOTAL) AND $500 PER DAY FROM 9/11/2025 UNTIL NEEDS ARE MET ($92,000 EACH FOR $832,000 TOTAL AND COUNTING); AND

(3)

Y AND ALL FEES, COSTS, AND EXPENSES THAT MAY ACRUE FROM THIS ACTION; AND

RSUANT TO FTCA PLAINTIFF SUES EACH ABOVE NAMED DEFENDANT IN THEIR FICIAL CAPACITIES, NAMING THE UNITED STATES AS A DEFENDANT FOR BOTH TUAL AND COMPENSATORY DAMAGES OF $1,000 PER DAY FROM 3/1/2024 TO 9/10/2025 170,000) AND $500 PER DAY FROM 9/11/2025 UNTIL NEEDS ARE MET ($180,000 COUNTING).

## IV. FTCA PERSONAL INJURY

THE COVID-19 PANDEMIC CREATED A UNIQUE AND TERRIBLE LIVING SITUATION FOR SONERS. IN UNIT 5741 AT FORT DIX IN JANUARY OF 2022, DISCRETIONARY FUNCTIONS RE BEING ABUSED AND NEGLIGENCE WAS RAMPANT. A DIVISION OF INMATES BY LOCKED OOR PUT PLAINTIFF ON THE TOP (3RD) FLOOR. NECESSARY DISINFECTANT CHEMICALS ERE IN 25 GALLON HEAVY JUGS AN ECORLY INMATE WAS ASSIGNED TO RETRIEVE HEM WITH NO HELP OR EQUIPMENT. DEFENDANTS ROBINSON, JONES, AND CASTELLANOS T THESE HEAVY JUGS AT THE BOTTOM OF THE STAIRWELL TO BE TAKEN UP. IF OT, THEY COULDN'T BE USED. INMATE ORDERLY (AMMONS) RELIED ON WHOEVER WAS FAR BY TO HELP. NO EQUIPMENT, NO WARNINGS, NO SAFETY MEASURES IN PLACE. N OR ABOUT 1/9/2022 PLAINTIFF WAS THE ONLY PERSON NEARBY AND NOT SSISTING WAS NOT AN OPTION - RELIGIOUSLY AND PRACTICALLY. THE JUG HANDLE LOWED TO BE FAULTY AND PLAINTIFF'S DOMINANT HAND BECAME INJURED AND EFORMED AS A RESULT, WITH SEEMINGLY PERMANENT IMPAIRED FUNCTION. ROBINSON, ONES, AND CASTELLANOS WERE NEGLIGENT/GROSS NEGLIGENT AND BREACHED DUTY OF RE OWED PLAINTIFF BY 18 USC §4042 AND NEW JERSEY LAW BY CREATING THIS TUATION IN THEIR UNIT DURING COVID PANDEMIC. IF CONTRIBUTORY IS FOUND TO KIST IN PLAINTIFF FOR PROVIDING NECESSARY ASSISTANCE, IT CANNOT BE MORE THAN O%.

FOR ACTUAL DAMAGES AND COMPENSATORY DAMAGES FOR INJURY AND FLICTION OF EMOTIONAL DISTRESS AS A RESULT, PLAINTIFF SUES ROBINSON, JONES, D CASTELLANOS IN THEIR OFFICIAL CAPACITIES, NAMING THE UNITED STATES AS DEFENDANT, VIA THE FTCA FOR $1,000,000. FOR EACH, ACTUAL AND MPENSATORY, THIS TOTALS $2,000,000.

(4)

## CONCLUSION

FOR THE FOREGOING REASONS PLAINTIFF BRINGS ACTION AGAINST ABOVE NAMED DEFENDANTS AND THE UNITED STATES PURSUANT TO RFRA AND FTCA. PLAINTIFF CALCULATED, CATEGORIZED, AND ARTICULATED EACH POINT, HARM DONE, AND DAMAGE DONE TO THE BEST OF HIS ABILITY WITH LIMITED FUNCTIONS, RESOURCES, KNOWLEDGE, AND ACCESS IN A VERY LIMITED AMOUNT OF SPACE AFFORDED TO DO SO.

PLAINTIFF ASSERTS THAT REQUESTED DAMAGES ARE APPROPRIATE AND ONLY APPROPRIATE FORM OF RELIEF FOR HARM DONE, HARM THAT SEEMS PERMANENT. IT WOULD TAKE PAGES BEYOND LIMIT, AND SKILLS BEYOND PLAINTIFF'S TO ADEQUATELY DESCRIBE THE EFFECT OF BEING LEFT TO STARVE TO THE BRINK OF DEATH AS ONE'S PHYSICAL FUNCTIONS SLOWLY BEGIN TO STOP AS VISION GOES AND DARKNESS CREEPS IN, SURROUNDING ONE'S AWARENESS AND VERY BEING-WHILE BEING MOCKED AND DERIDED BY DEFENDANTS AND EVEN OTHER PRISONERS ALL THE WHILE. ALSO, DAMAGES SOUGHT APPROPRIATE TO DETER AND DISCOURAGE DEFENDANTS AND OTHERS WHO WEILD ABSOLUTE POWER OVER OTHERS TO ABUSE IT TO SUCH DEVASTATING EFFECT AND TO PROMOTE RESPECT FOR POLICY, LAW, AND CONSTITUTION PROTECTED RIGHTS. ACCOUNTABILITY MATTERS.

EVERY RFRA DEFENDANT BECAME PERSONALLY AWARE AND INVOLVED NO LATER THAN JULY 2024. EACH HAD THE POWER, AT ANY TIME, TO ORDER A CHANGE TO STOP THE STARVATION PLAINTIFF ENDURED. NOT ONE DID. BUDGET CONCERNS WERE MOCKED BY SPENDING TENS OF THOUSANDS OF DOLLARS ON UNNECESSARY TESTS, BUT NEVER FOOD. A FARCICAL "DIET ORDER" ONLY CAME IN RESPONSE TO THIS HONORABLE COURTS PROBE.

PLAINTIFF SORELY NEEDS APPOINTMENT/RECRUITMENT OF COUNSEL.

RESPECTFULLY SUBMITTED,

TIMOTHY RYAN

3/27/2026

(5)

## CERTIFICATE OF SERVICE

PURSUANT TO 28 U.S.C. §1746 I, TIMOTHY RYAN, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY ABILITY AND KNOWLEDGE AND THAT I HAVE SERVED THE FOREGOING ON MARCH 27, 2026 BY PLACING IT INTO THE INMATE OUTGOING MAILBOX ADDRESSED TO:

> OFFICE OF THE CLERK
> US DIST COURT
> P.O. BOX 2797
> CAMDEN, NJ 08101

THIS FILING IS IN RESPONSE TO RECIEVING AN ORDERED SECOND COPY OF JUDGE'S PREVIOUS ORDER WITHOUT EXPLANATION OF WHY. THIS FILING IS IN AN ABUNDANCE OF CAUTION JUST IN CASE THE 5 PAGE LIMIT INCLUDES EACH PAGES BACK. IT WAS WRITTEN HASTILY TO ENSURE IT WOULD BE MAILED BEFORE THE DEADLINE - THE SAME DAY IT WAS RECIEVED, IF IT IS NOT REQUIRED TO HAVE SO ABRIDGED MY 3-16-2026 COMPLAINT, THEN THIS IS NOT NECESSARY, IF IT WAS SUBJECT TO DISMISSAL FOR PAGE LIMITS, THEN THIS FILING SHOULD REPLACE IT. I HOPE THE BARE MINIMUM OF DATES AND NAMES DON'T PROVE INSUFFICIENT TO STATE A CLAIM.

I REGRET ANY INCONVENIENCE MY LACK OF KNOWLEDGE AND ABILITY HAVE CAUSED THIS HONORABLE COURT AND I GREATLY APPRECIATE ANY AND ALL CONSIDERATIONS GIVEN / TO BE GIVEN ON MY BEHALF.

* RECIEVED COPY OF ORDER ON FRIDAY 3/27/2026 AFTER 4 PM AT REGULAR "MAIL CALL" THIS MUST BE SENT VIA REGULAR MAIL WITHOUT COPIES BEING MADE IN ORDER TO MEET DEADLINE. *

RESPECTFULLY,

TIMOTHY RYAN #14422020
FCI FORT DIX
PO BOX 2000
JOINT BASE MDL, NJ
08640

3-27-2026



TIMOTHY RYAN #14422027
FCI FORT DIX
PO BOX 2000
JOINT BASE MDL, NJ 08640

TRENTON NJ 085
31 MAR 2026 PM 3 L

FREEDOM
FOREVER USA

OFFICE OF THE CLERK
U.S. DIST COURT
PO BOX 2797
CAMDEN NJ 08101

RECEIVED
APR 02 2026
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

LEGAL MAIL

08101-279797

LEGAL            MAIL